**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BARTLEY M. MULLEN, JR., <br><br>          Plaintiff, <br><br> v. <br><br> ROCHESTER PLAZA ASSOCIATES, LLC <br><br>          Defendant. | Case No. 2:21-cv-01603-RJC |

## <u>NOTICE OF SETTLEMENT</u>

COMES NOW Plaintiff Bartley M. Mullen, Jr., by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, Rochester Plaza Associates, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

Dated: May 9, 2022

Respectfully submitted,

*/s/ Nicholas A. Colella*
Nicholas A. Colella
nickc@lcllp.com
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322.9243

R. Bruce Carlson
Ian M. Brown
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
ibrown@carlsonbrownlaw.com
(724) 730-1753

*Counsel for Plaintiff*