IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY M. MULLEN, JR.,<br><br>   Plaintiff,<br><br>v.<br><br>ROCHESTER PLAZA ASSOCIATES, LLC<br><br>   Defendant. | Case No. 2:21-cv-01603-RJC |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Bartley M. Mullen, Jr. hereby voluntarily dismisses with prejudice his claims against Defendant Rochester Plaza Associates, LLC.

          Respectfully submitted,

          */s/ R. Bruce Carlson*
          R. Bruce Carlson
          **CARLSON BROWN**
          222 Broad St.
          PO Box 242
          Sewickley, PA 15143
          bcarlson@carlsonbrownlaw.com
          (724) 730-1753

          *Counsel for Plaintiff*